**Exhibit A to the Complaint**

**Location:** San Diego, CA  **IP Address:** 76.93.160.124
**Total Works Infringed:** 77  **ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 34452073A3328CE2AF5FC73A5A8DDD4141E85B4A | Vixen | 10/20/2017 22:54:16 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 2 | 06476763F9F87009C97896BD8130602597033E4E | Vixen | 06/30/2017 19:12:43 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 3 | 0CAD775581B790983C837882912A1983F9FA683D | Vixen | 10/20/2017 22:58:41 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 4 | 0CDBD0333DA291B0276BF1BA0EAFD06E898DA0FA | Tushy | 06/17/2017 05:13:37 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 5 | 0CDEB18021838E8E2A694A7D16D9A45366CFABB6 | Blacked | 09/16/2017 06:39:19 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 6 | 11B3514679859C29754B55FB70817188A54FA9EF | Tushy | 10/20/2017 22:16:08 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 7 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 09/16/2017 06:47:06 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 8 | 1B83E30B7921B70E296DF52B5D6F5A11EAB00707 | Vixen | 07/19/2017 15:42:57 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 9 | 1DB929CF72ECC7E5B70A1E9CF9315F6C96A6F1E7 | Blacked | 08/11/2017 09:00:57 | 06/24/2017 | 07/06/2017 | 15584064021 |
| 10 | 214C51BE2305FC9B3F57519D66B2335FCAAB0639 | Blacked | 10/26/2017 14:43:02 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 11 | 24D6E127081B069994E81CA544B8FF3E3A0A33D3 | Tushy | 06/17/2017 05:14:09 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 12 | 2605ED0E8DA690298061CC2A6CD83EE7A0617865 | Tushy | 10/20/2017 22:06:20 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 13 | 28225AF853782F65B439EAA552B8B7931110A2B4 | Blacked | 08/11/2017 09:14:19 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 14 | 2C3363B352DF158198B8A16FC40FF6BAFB7F8558 | Blacked | 10/26/2017 14:37:23 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 15 | 2F7D56BF71EFD6DB95C55E1461379E5C7D7B5BD6 | Vixen | 06/17/2017 06:19:37 | 06/03/2017 | 07/06/2017 | 15584691685 |
| 16 | 317DB1B207087318F41A097D35ED2D21DD0B090E | Vixen | 07/13/2017 06:33:19 | 05/19/2017 | 06/22/2017 | PA0002039287 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3373B7936E95D9923CFC5BE4859D46BDCE4BF195 | Vixen | 06/17/2017 05:19:09 | 06/08/2017 | 07/06/2017 | 15584691637 |
| 18 | 3691071F94E8C29FCA3940B076554FE38D7395C5 | Vixen | 05/11/2017 07:01:07 | 04/19/2017 | 06/15/2017 | 15389210409 |
| 19 | 374A3B65D604113BB3880FDACE83FD1EFED3CA7C | Tushy | 08/15/2017 16:48:22 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 20 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 06/11/2017 03:38:48 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 21 | 3F58ED2155E101D7F8772744DCDFA37CCD198D1F | Blacked | 08/11/2017 09:44:15 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 22 | 408577469D1675504E89F205C619738007D08DD9 | Blacked | 06/17/2017 15:53:49 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 23 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 10/20/2017 22:57:06 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 24 | 4CA65BC5D74B28910BF25839E44C17B9810CCF1C | Blacked | 06/08/2017 13:24:29 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 25 | 5003D85013A07470D85A3250EF4B3393B6E2CB04 | Tushy | 07/24/2017 04:55:27 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 26 | 51C2DDC47AF8ADADCF0E87DA4E9EC6A2C32DFDEC | Vixen | 05/19/2017 16:53:06 | 04/29/2017 | 06/15/2017 | PA0002037568 |
| 27 | 54C4483903BF2CF3EFBFB361F96C9F0295326D03 | Vixen | 07/12/2017 05:25:46 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 28 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | Blacked | 07/26/2017 08:04:27 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 29 | 63E612F8D96A990207D3E7FB116A558D71EF8C4B | Blacked | 08/11/2017 09:29:16 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 30 | 644084486AFE2ACBDB5E91339ABA611C568466C3 | Vixen | 07/26/2017 12:33:30 | 06/13/2017 | 07/06/2017 | 15584691589 |
| 31 | 64D663611B62E665E65367E02BB37633AF662B0D | Tushy | 09/09/2017 21:27:10 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 32 | 6A92B171CC801CA7A6E5D7D5C1F42338B53EA080 | Tushy | 06/17/2017 15:56:04 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 33 | 6B275D99D1A66E30135570EE8812D4E47D076567 | Vixen | 06/17/2017 05:19:29 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 34 | 6DF88C4EFA27619401F178A0018FC17B111EDB2A | Tushy | 10/20/2017 22:19:15 | 07/30/2017 | 08/11/2017 | 15711086778 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 6F45D81D07E71032D3473CB2DE916951F71A72AF | Blacked | 10/26/2017 14:49:21 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 36 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 08/11/2017 09:41:27 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 37 | 7775E9A17CD455FD5AAF43EC42BC5C733E970CC7 | Vixen | 09/09/2017 22:39:21 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 38 | 7D6E1740CF6A6A659668854267E70C8B6725ADB2 | Blacked | 10/26/2017 14:45:48 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 39 | 7E4981D21DDD4B8D9EB5905B1B8A95461915A160 | Blacked | 09/16/2017 06:41:57 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 40 | 7EF2605BA99F463A5FCA118206E2277F22D20022 | Tushy | 09/09/2017 21:32:49 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 41 | 8410A45F56DF010649E4F3EE50DE08775987255B | Vixen | 05/20/2017 15:11:17 | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 42 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 06/17/2017 05:11:04 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 43 | 880C975145F155BBC1E29A10FF1EC7FDCE7AA61D | Tushy | 07/13/2017 03:52:48 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 44 | 88D30B83D9E749F514380A5F2E9C3E876CF55431 | Tushy | 10/20/2017 22:13:15 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 45 | 91837415D30937008E2754F53F0A20882B16CD37 | Blacked | 10/26/2017 14:48:16 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 46 | 94C76C0BBA5C0FD2BD3E744686FA81E7E4688DE1 | Vixen | 10/20/2017 23:05:34 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 47 | 96107426E71155EDAFDD45C6741129B95C072575 | Tushy | 05/22/2017 05:07:11 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 48 | 99F2BF8F91E89F11F81D066E725117CCE941E90C | Vixen | 09/09/2017 21:56:37 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 49 | 9AAF4CBA673A7E1561EB287F26F50418CBE29151 | Tushy | 09/09/2017 21:35:14 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 50 | 9EA0787D3FFCD7696731A348E3F5C09FB9F65E08 | Vixen | 09/09/2017 21:55:07 | 06/23/2017 | 07/06/2017 | 15584691541 |
| 51 | 9F45593DA944206DE85CA29AA3A86E229824A39E | Tushy | 09/09/2017 21:32:05 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 52 | A29A683155E76F2A850D8919A6F031C806885DB6 | Blacked | 05/22/2017 05:53:14 | 04/30/2017 | 06/15/2017 | PA0002037580 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | A42154655EB78024A258ED06F5D4AF7D7AD8E757 | Blacked | 06/03/2017 21:01:54 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 54 | ABC387F8CA3DD6A0A11B2F4EB9368F62B219CF6C | Blacked | 08/11/2017 09:39:42 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 55 | B12E9B6A6556D135F2C964CEE5D4C0141AE83EC8 | Vixen | 10/20/2017 22:48:59 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 56 | B2EC2056C7699F25A118F23E36BB74FC7D3B7131 | Vixen | 09/09/2017 21:54:33 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 57 | B6A016EA7398CDBCE3C5F7AD2E9F542A2CC211CA | Blacked | 08/11/2017 09:31:54 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 58 | BCD52485872BB6FC354A0211E13A04CFF281937B | Blacked | 10/26/2017 14:49:05 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 59 | BEB2E3769786F1572CA6D4B48D5DB31A1549D1D7 | Blacked | 08/11/2017 09:34:53 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 60 | BFB85B9F703F5888BAEBD8555E3FBE3B9C82BCC0 | Blacked | 07/13/2017 07:53:35 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 61 | C3FD1404F06A5D4775D9037094A67E356175EB09 | Blacked | 06/17/2017 13:58:43 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 62 | CD5F960D4331D73993FD7E147CCF94D593EAA483 | Tushy | 10/20/2017 22:19:46 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 63 | D0962187DCC4EDB87A3D74E186961A7FBE7399BD | Blacked | 10/26/2017 14:44:21 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 64 | D09B2639461B949415E16C864354829909E59637 | Vixen | 06/09/2017 13:53:16 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 65 | D134EF37FA440E77013430C5D4608872CAE6627A | Tushy | 05/23/2017 10:18:23 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 66 | D8040D63A3687F0FDD37CF6431FB83408E8ADD5B | Vixen | 09/09/2017 22:00:37 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 67 | DA6925B361947A2DDEFE7A779D2F81D720945AB3 | Vixen | 09/09/2017 22:08:36 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 68 | DB6040CB19308F376554AC18F5C883139311322D | Blacked | 10/26/2017 14:57:21 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 69 | DCD502ED09025BF60C90887175BEA55488E21911 | Tushy | 10/17/2017 06:57:02 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 70 | E1693E10997E60810DB5F1574FE946492B2C4AAE | Tushy | 05/15/2017 17:45:44 | 04/21/2017 | 06/15/2017 | PA0002037584 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | E31701919FD929099CC6701747CFC37259CF0747 | Vixen | 09/09/2017 21:59:04 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 72 | EB4FD1A21DBD07D014D1BA3B828BA558AFC7D40C | Tushy | 10/20/2017 22:17:04 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 73 | ED68341BC48D0F34F2F7C3E42042CD5870C6E504 | Tushy | 06/27/2017 03:39:51 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 74 | EE11043249D2C1362E7B74CCD7973EEECEFBAD1C | Tushy | 09/09/2017 21:29:38 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 75 | F4F9FAB26547D45C6FFC92930AA6F28930126918 | Tushy | 06/17/2017 05:36:13 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 76 | F8A92532C263D3E3497FF27A3FE569FF7BF15E37 | Blacked | 05/23/2017 12:03:21 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 77 | FE5C13B4FC1A0D82AD77A85A09438C9691E89241 | Tushy | 09/09/2017 21:24:03 | 06/25/2017 | 07/06/2017 | 15584063333 |